# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2009

137698

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Plaintiff-Appellee,

v

SC: 137698
COA: 277300
Wayne CC: 06-612812-AV

SYLVESTER HUDSON,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 7, 2008 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2009

_____
Clerk